JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SACV 10-0270-AG(ANx) | Date | September 21, 2010 |
|---|---|---|---|
| Title | YOLANDA GARCIA v THE MAGNI GROUP | | |

| Present: The Honorable | ANDREW J. GUILFORD, U.S. District Judge |
|---|---|

| Lisa Bredahl | Not Present |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | David Felsenthal |

**Proceedings:**   [IN CHAMBERS] ORDER DISMISSING CASE

A stipulation to dismiss this matter under FRCP 41(a)(1)(A)(ii) having been filed by counsel on September 15, 2010, the case orders this case DISMISSED.

_____ : 0

Initials of Preparer   lmb